

# THE THIRTEENTH COURT OF APPEALS

## 13-19-00318-CR

PEDRO ENRIQUE BARZOLA GARCIA
v.
THE STATE OF TEXAS

On Appeal from the
389th District Court of Hidalgo County, Texas
Trial Cause No. CR-1753-18-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed in part, rendered in part, and affirmed in part. The Court orders the judgment of the trial court REVERSED IN PART, RENDERED IN PART, and AFFIRMED IN PART.

We further order this decision certified below for observance.

December 30, 2020